Richard Schweidler, Appellee, v. Gizella Schweidler, Appellant.

Gen. No. 10,091.

opinion filed November 4, 1946; released for publication December 10, 1946. Weaver & Weaver, for appellant; Harry G. Weaver, of counsel; Willard E. Cain, for appellee. Opinion by JUSTICE BRISTOW. **Not to be published in full.**